**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

DENISE CONGLETON et al.,

      Plaintiffs,

v.                              CASE NO.  4:14cv24-RH/CAS

BASS PRO OUTDOOR WORLD, L.L.C.,

      Defendant.

_____/

**ORDER DENYING SUMMARY JUDGMENT
AND DENYING COLLATERAL MOTIONS**

      This is a slip-and-fall case.  The plaintiff fell at a curb between a store and a parking lot.  The defendant cites Florida cases that hold that a landowner cannot be held liable for failing to mark or otherwise protect against falls at ordinary curbs.  But the plaintiff asserts, and has tendered competent expert testimony indicating, that this was no ordinary curb.  Its design was unusual, and it did not conform to industry standards.  The case presents a disputed issue of fact on whether the defendant negligently allowed this curb to remain on the property in this condition.

      This order thus denies summary judgment.  And the order denies as moot the collateral motions attacking summary-judgment papers.

IT IS ORDERED:

1.      The defendant's summary-judgment motion, ECF No. 49, is denied.

2.      The defendant's motions, ECF Nos. 59, 62, and 63, to strike materials submitted in opposition to the summary-judgment motion or to file additional materials are denied as moot.

SO ORDERED on May 29, 2015.

s/Robert L. Hinkle
United States District Judge